UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

AIDA M. ARZOLA,

Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, LLC,

Defendant.

Case No. 6:20-cv-00005

Honorable Judge Kenneth M. Hoyt

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Aida M. Arzola ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Ford Motor Credit Company, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, and pray the Court to stay all proceedings until that time.

Respectfully submitted this 21st day of February 2020.

    Respectfully submitted,

    *s/ Marwan R. Daher*
    Marwan R. Daher
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    mdaher@sulaimanlaw.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*\_\_\_\_\_
Marwan R. Daher