UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| AIDA M. ARZOLA, | |
| Plaintiff, | Case No.: 6:20-cv-00005 |
| v. | |
| FORD MOTOR CREDIT COMPANY, LLC, | Honorable Judge Kenneth M. Hoyt |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Aida M. Arzola ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and in support of her Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against, Ford Motor Credit Company, LLC.

Dated: July 14, 2020                    Respectfully Submitted,

**AIDA M. ARZOLA**

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, Marwan R. Daher, an attorney, certify that on July 14, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ Marwan R. Daher