United States District Court
Southern District of Texas
**ENTERED**
July 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| AIDA M. ARZOLA, | § |
| Plaintiff, | § § § |
| VS. | §   CIVIL ACTION NO. 6:20-CV-00005 |
| FORD MOTOR CREDIT COMPANY, LLC, | § § § |
| Defendant. | § § |

**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITH PREJUDICE**</u>

Plaintiff, Aida M. Arzola, by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal with Prejudice (Dkt. No. 17) and the Court having reviewed same, now finds that this matter should be dismissed.

It is, therefore, ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

It is so ORDERED.

SIGNED on this 16th day of July, 2020.

_____
Kenneth M. Hoyt
United States District Judge